DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS-ST. JOHN

| | |
|---|---|
| **Flagstar Bank, NA**,<br>　　　　Plaintiff,<br>v.<br>**Glenda C. Wrensford**,<br>　　　　Defendant. | No. 3:23-cv-10 |

# Complaint

## Parties

1. This is an action for foreclosure of lien upon real property brought pursuant to V.I. Code Ann. tit. 28, §§ 531-38.

2. Plaintiff **Flagstar Bank, NA** ("**Flagstar**") is a national banking association organized under the laws of the state of New York with its principal place of business located at 102 Duffy Avenue, Hicksville, NY 11801 and is a citizen of New York for diversity purposes.

3. Defendant **Glenda C. Wrensford** ("**Wrensford**") is an individual and, upon information and belief, is a citizen of the U.S. Virgin Islands for diversity purposes.

## Jurisdiction and Venue

4. This Court has subject-matter jurisdiction over this matter under 48 U.S.C. § 1612(a) and 28 U.S.C. §§ 1332 and 1348 as complete diversity exists between Flagstar and the Defendant and the amount in controversy exceeds $75,000 exclusive of costs and fees.

22085.2275

5. This Court has personal jurisdiction over any defendant who is domiciled or otherwise subject to service of process within the territorial limits of this Court.

6. Venue in the District of St. Thomas-St. John is proper under 28 U.S.C. § 1391(b) because the real property that is the subject of this action is located in that district.

# Facts

### The Property

7. At all times relevant to the origination of the mortgage loan that is the subject of this action, Wrensford held title to real property ("**Property**") described as:

> Parcel No. 13-D Estate Solberg
> No. 1 Little Northside Quarter
> St. Thomas, U.S. Virgin Islands
> consisting of 0.6402 U.S. acres, more or less
> as shown on O.L.G. Drawing No. D9-6427-T98
>
> and
>
> Parcel No. 13-E Estate Solberg
> No. 1 Little Northside Quarter
> St. Thomas, U.S. Virgin Islands
> consisting of 0.9009 U.S. acres, more or less
> as shown on O.L.G. Drawing No. D9-6427-T98

by means of a warranty deed dated March 21, 2019, which was recorded in the Office of the Recorder of Deeds ("**Recorder**") for the District of St. Thomas-St. John on April 2, 2019, at Doc. No. 2019002047.

### The Note

8. On March 28, 2019, Wrensford executed and delivered to Cliffco, Inc. ("**Cliffco**") a promissory note ("**Note**") promising to pay the principal amount of

$608,814.00, together with interest at the annual rate of 4.750%. The Note was subsequently conveyed to Flagstar.

9. Pursuant to the terms of the Note, Wrensford agreed to make equal consecutive monthly installments of principal and interest in the amount of $3,175.86 beginning May 1, 2019, until all amounts are fully paid, but no later than April 1, 2049.

10. The Note further provides that any monthly payment that is not received by the end of 15 calendar days after the date that it is due shall be subject to a late fee that is calculated as 4.000% of any overdue payment.

## The Mortgage

11. To secure payment of the Note, Wrensford gave a first priority mortgage ("**Mortgage**") dated March 29, 2019, over the Property to Cliffco and Mortgage Electronic Registration Systems, Inc. ("**MERS**") as nominee for Cliffco and its successors and assigns. The Mortgage was recorded with the Recorder on April 2, 2019, at Doc. No. 2019002048.

12. The Mortgage provides that Wrensford shall make all payments as required by the Note when due.

## The Mortgage Assignment

13. On or about September 2, 2021, MERS, for itself and as nominee for Cliffco, assigned its entire interest in the Property to Flagstar Bank, FSB n/k/a Flagstar Bank, NA ("**MERS Assignment**"). The MERS Assignment was recorded with the Recorder on September 17, 2021, at Doc. No. 2021005943.

14. All conditions precedent to the maintenance of this action have occurred, been performed, or been excused.

## Causes of Action

### Count One: Foreclosure of Lien upon Real Property

15. Flagstar realleges all preceding paragraphs and incorporates them by reference.

16. Flagstar has actual possession of and ownership rights to the Note and Mortgage, thereby entitling it to maintain this foreclosure action.

17. On or about November 1, 2020, Wrensford defaulted under the terms and conditions of the Note, in that monthly installments of principal and interest became due under the Note and remained unpaid.

18. Likewise, Wrensford defaulted under the terms and conditions of the Mortgage, in that monthly installments of principal, interest, and other charges became due under the Note and Mortgage and remained unpaid.

19. Flagstar gave notice of default to Wrensford by correspondence dated December 19, 2022, advising her that failure to cure the default would result in acceleration of the debt and foreclosure of the mortgage lien.

20. To date, the default has not been cured and Wrensford remains in default under the terms of the Note and Mortgage, in that principal, accrued interest, and other amounts due and owing to Flagstar under the Note remain unpaid and outstanding.

21. There is currently due and owing to Flagstar from Wrensford an unpaid principal balance, plus accrued interest, advances, expenses, fees, costs, and late charges.

Complaint
*Flagstar Bank, NA v. Glenda C. Wrensford*
Page 5 of 6

22. In accordance with the terms of the Note and Mortgage, Flagstar has accelerated all unpaid principal and accrued interest currently outstanding under the Note and made them immediately due and payable.

23. Under the terms of the Mortgage, Flagstar is entitled to be reimbursed for any insurance premiums, taxes, or other charges that it pays with respect to the Property.

24. Under the terms of the Note and Mortgage, Flagstar is entitled to be reimbursed for reasonable attorneys' fees and other expenses that it incurs to enforce payment of the Note or incidental to foreclosure of the Property.

25. Flagstar is entitled to foreclosure of its lien upon the Property, foreclosure of all right, title, and interest in the Property held by Wrensford, the sale of the Property to satisfy the Note, and the recovery of any deficiency from Wrensford.

## Prayer for Relief

WHEREFORE, Flagstar requests the following relief:

1. Judgment declaring that Wrensford defaulted under the terms of the Note, thereby entitling Flagstar to exercise all remedies provided for in that instrument;

2. Judgment declaring that Wrensford defaulted under the terms of the Mortgage, thereby entitling Flagstar to exercise all remedies provided for in that instrument;

3. Judgment that Wrensford is indebted to Flagstar for unpaid principal due under the Note, plus accrued interest, per diem interest, advances, fees (including attorneys' fees), costs (including legal costs), and late charges;

4. Judgment for all additional interest, costs, expenses, and attorneys' fees that Flagstar incurs as the result of the breach of the Note and Mortgage, whether accruing during the pendency of this matter or otherwise;

5. Judgment foreclosing the Mortgage lien of Flagstar;

6. Judgment ordering that the Property be sold and that Flagstar be paid from the proceeds of the sale all amounts due on the Note, including but not limited to any

sums that Flagstar may pay for insurance premiums, taxes, or other charges with respect to the Property either prior to or during the pendency of this action, with interest from the date of payment;

7. Judgment declaring that Wrensford and all persons claiming from and under her are barred and forever foreclosed of all right, title lien, claim, and equity of redemption in and to the Property, subject only to the statutory right of redemption except where waived and released;

8. Judgment against Wrensford for any deficiency that may remain after the sale of the Property;

9. An order appointing a receiver, if requested by Flagstar, to collect and receive the rents and profits of the Property, if any, during the pendency of this action; and

10. Judgment awarding Flagstar such other and further relief as is just and equitable.

Respectfully submitted,

Dated: March 7, 2023

/s/ A.J. STONE III, ESQ.
A.J. Stone III, Esq.
V.I. Bar No. 823
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Ste. 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile
ajstone@vilaw.com

Attorneys for Plaintiff
Flagstar Bank, NA